**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Pamela McCullough<br><br>Debtor(s) | Case No. 11 B 52183 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/30/2011.

2) The plan was confirmed on 03/28/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/28/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/09/2014.

5) The case was Converted on 07/24/2014.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $12,325.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $12,325.00

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,855.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $531.16 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,386.16

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Collection Corp | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 597.00 | 362.56 | 362.56 | 1.83 | 0.00 |
| Americollect Inc | Unsecured | 983.00 | NA | NA | 0.00 | 0.00 |
| AT&T Universal Card | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| City Of Burbank | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 600.00 | 1,182.31 | 1,182.31 | 6.05 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 618.00 | 366.00 | 366.00 | 1.84 | 0.00 |
| Comcast | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 878.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 26,980.00 | 64,421.65 | 64,421.65 | 329.52 | 0.00 |
| East Bay Funding | Unsecured | 2,690.00 | 2,690.44 | 2,690.44 | 13.78 | 0.00 |
| Franklin Collection | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| IDES | Unsecured | 3,280.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 150.00 | NA | NA | 0.00 | 0.00 |
| John H Stroger Jr Hospital | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Unsecured | NA | 22,733.32 | 22,733.32 | 116.39 | 0.00 |
| Leon County Emergency Med | Unsecured | 971.00 | 971.12 | 971.12 | 4.89 | 0.00 |
| Merchants Assoc Cool D | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 261.00 | 199.32 | 199.32 | 1.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,918.00 | 1,200.86 | 1,200.86 | 6.15 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,768.00 | 2,768.55 | 2,768.55 | 14.17 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,408.00 | 3,408.55 | 3,408.55 | 17.45 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 500.00 | 500.00 | 2.52 | 0.00 |
| Sallie Mae | Unsecured | 19,337.00 | 4,378.02 | 4,378.02 | 22.42 | 0.00 |
| Sallie Mae | Unsecured | 21,538.00 | 13,958.08 | 13,958.08 | 71.40 | 0.00 |
| Springleaf Financial Services | Secured | 7,030.00 | 7,030.00 | 7,030.00 | 7,030.00 | 299.43 |
| Springleaf Financial Services | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| State Farm Insurance Co | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| United Collection Service | Unsecured | 971.00 | NA | NA | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 0.00 | 27,360.98 | 27,360.98 | 0.00 | 0.00 |
| Village of Bedford Park | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Village Of Olympia Fields | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $7,030.00 | $7,030.00 | $299.43 |
| **TOTAL SECURED:** | **$7,030.00** | **$7,030.00** | **$299.43** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$146,501.76** | **$609.41** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,386.16 |
| Disbursements to Creditors | $7,938.84 |
| **TOTAL DISBURSEMENTS:** | **$12,325.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/06/2014                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**